# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SULLIVAN PRECISION METAL FINISHING, INC., | ) )  )  ) Case No.: 4:22-cv-01259 )  )  )  )  )  )  ) |
| Plaintiff, | |
| v. | |
| TECNOPLAST USA, LLC, | |
| Defendant. | |

## DECLARATION OF GLORIA DA ROS

COMES NOW Gloria Da Ros, pursuant to 28 U.S.C. § 1746 and hereby declares as follows:

1. My name is Gloria Da Ros. I am over the age of 18, am of sound mind, am capable of making this Declaration, and have personal knowledge of the facts stated herein.

2. I am the President of Tecnoplast USA, LLC ("Tecnoplast"). I am also an owner of Tecnoplast USA, LLC through its parent company, Tecnoplast S.r.l.

3. In my position with Tecnoplast, I am tasked with overseeing all of Tecnoplast's offer and bids, as well as projects that are currently under contract.

4. I have performed a thorough review of Tecnoplast's negotiations and contracting with Sullivan Precision Metal Finishing, Inc ("Sullivan").

5. On March 4th, 2021, representatives of Tecnoplast met with representatives of Sullivan to present Tecnoplast's offer to provide a ventilation system for Sullivan. That day, Tecnoplast hand delivered its first offer. A true and accurate copy of Tecnoplast's first offer is attached to Tecnoplast's Motion to Transfer Venue as Exhibit 2.

**EXHIBIT 1**

6. Thereafter, Tecnoplast and Sullivan engaged in negotiations regarding the number of hoods and the size of the collectors that would be used in the ventilation system.

7. On March 9, 2021, Tecnoplast sent Sullivan a revision of the offer. A true and accurate copy of the first revision is attached to Tecnoplast's Motion to Transfer Venue as Exhibit 3.

8. Thereafter, Tecnoplast and Sullivan engaged in negotiations regarding the cost of project. Specifically, Sullivan requested Tecnoplast reduce the cost of the project to $230,000.00.

9. On March 10, 2021, Tecnoplast sent Sullivan a second revision of the offer. A true and accurate copy of the first revision is attached to Tecnoplast's Motion to Transfer Venue as Exhibit 4.

10. On March 12, 2021, Sullivan transmitted Purchase Order No. 39296 to Tecnoplast. A true and accurate copy of the second revision is attached to Tecnoplast's Motion to Tranfer Venue as Exhibit 5.

11. On that same day, Sullivan transmitted the amount of $115,000.00 to Tecnoplast. This $115,000.00 was the down payment required under the second revision.

I, Gloria Da Ros, have read and understood the above and pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the facts set forth in the Declaration are true and correct to the best of my information, knowledge, and belief.

_____
Gloria Da Ros

Executed on February 3, 2023