| | | |
|---|---|---|
| Sullivan Precision Metal finishing<br>995 North Service Road<br>Sullivan, MO 63080<br>Phone: 314-788-2964<br>Fax: 314-788-2965 | **Purchase Order** | |
| | Purchase Order No | 39296 |
| | This order number must appear on all correspondence, invoices, packages, and shipping documents. | |
| | Revision | 0 |
| | Date | 03/12/2021 |
| | Order Type | Regular Order |
| | Vendor | Tecnoplast USA LLC |

| **TO:** | **Ship To:** |
|---|---|
| Tecnoplast USA LLC<br>Attn: Scott Johnson<br>3619 West 73rd Street<br>Suite 1<br>Anderson,IN,46011<br>Phone: 1-765-778-0943<br>Fax: 1-765-778-0951 | Sullivan Precision Metal Finishing<br>995 N. Service Road<br>Sullivan,MO,63080<br>Phone: 314-788-2964<br>Fax: 314-788-2965 |
| | **Bill To** |
| | Sullivan Precision Metal Finishing<br>995 N. Service Road<br>Sullivan,MO,63080<br>Phone: 314-788-2964<br>Fax: 314-788-2965 |

Confirm To: Rebekah Nichols

| **FOB Print** | **Ship Via** | **Buyer** |
|---|---|---|
| | Deliver | Rebekah Nichols |

| **Order Date** | **TERMS** |
|---|---|
| 03/12/2021 | 30 Days |

| Line | Item | Description | Qty | Unit | Date Required | Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 32' Line Ventilation System | 32' Line Ventilation System | 1 | EA | 04/12/2021 | $115,000.00 | $115,000.00 |
| 50% down payment Paid on March 11, 2021 see attached sheet with Tecnoplast USA LLC Invoice #2021-25 Dated: 3/10/2021 | | | | | | | |
| 2 | 32' Line Ventilation System | 32' Line Ventilation System | 1 | EA | 04/12/2021 | $115,000.00 | $115,000.00 |
| Reaming Balance: $115,000.00 see attached sheet with Tecnoplast USA LLC Invoice #2021-25 Dated: 3/10/2021 | | | | | | | |

| CERTIFICATIONS, TECHNICAL DATA SHEETS, TEST REPORTS AND M.S.D.S. SHEETS ARE REQUIRED WITH ALL SHIPMENTS | **TOTAL** | $230,000.00 |
|---|---|---|

**EXHIBIT 5**

All **paints and chemicals** from all suppliers must have 85% shelf life remaining at time of receipt.
* **Please confirm pricing and delivery**
* **Note: Do not use peanuts in packaging**
Furnish Certifications of All Material to Latest Revision & Date

By _____

This P.O. Is subject to Terms and Conditions as defined on QSF-8.4.2-01-2 @ https://bit.ly/2JFq42h